UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Mianna C. Forrester,<br><br>      Plaintiff,<br><br>vs.<br><br>Metropolitan Life Insurance Company;<br>and Raytheon Company,<br><br>      Defendants. | Case No. 04-1204JTM |

## MOTION TO COMPEL DISCOVERY

Plaintiff moves the court to compel Metropolitan Life Insurance Company to provide or permit discovery regarding plaintiff's requests for admission 1 through 45 and interrogatory 1.

A memorandum is attached in support of this motion.

s/Jack Shelton
Jack Shelton
KS Sup. Ct. No. 7791
Attorney for Plaintiff
608 N. Broadway
Wichita, KS 67214
Telephone: (316)265-5553
Fax: (316)265-9534
E-mail: sheltonjacklaw@msn.com

## CERTIFICATE OF SERVICE

I certify that on November 19, 2004, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Ann E. Buckley and Karrie J. Clinkinbeard

s/Jack Shelton
Jack Shelton
KS Sup. Ct. No. 7791
Attorney for Plaintiff
608 N. Broadway
Wichita, KS 67214
Telephone: (316)265-5553
Fax: (316)265-9534
E-mail: sheltonjacklaw@msn.com
