UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Mianna C. Forrester,<br><br>            Plaintiff,<br><br>vs.<br><br>Metropolitan Life Insurance Company;<br>and Raytheon Company,<br><br>            Defendants. | Case No. 04-1204JTM |

## EXHIBIT INDEX

| Exhibit | Description |
|---|---|
| 1 | Metlife denial letter, May 28, 2004 |
| 2 | Plaintiff's discovery requests to Metlife and Metlife's response |
| 3 | Certificate of Compliance |