Metropolitan Life Insurance Company

**MetLife**

**MetLife Disability**
**PO Box 14590**
**Lexington KY 40511-4590**

May 28, 2004

Mianna Forrester
642 S Highland Drive
Andover KS 67002

RE: Long Term Disability
Claim No.: 650308118235
Group No.: 96210

Dear Ms. Forrester,

We have completed the full and fair review of the disallowance of your claim for Long-Term Disability benefits. For the reasons noted below it is our determination that the original disallowance of your claim was proper and we therefore must uphold the disallowance of your Long-Term Disability benefits.

As noted in our letter of September 8, 2003, under the terms of the Plan, Total Disability or Totally Disabled means that due to an Injury or Sickness, you require the regular care and attendance of a Doctor and, during the first 15 months, including your Elimination Period, you are unable to perform each of the material duties of your regular job. However, after the first 15 month period, you must also be unable to perform each of the material duties of any gainful work or service for which you are reasonably qualified taking into consideration your training, education, experience and past earnings.

In addition, our letter dated September 8, 2003, copy enclosed, indicated our original decision to disallow your Long Term Disability benefits was based upon the medical information that was on file. This information noted that Dr. Levy had advised our office that you had not shown for your appointment on August 18, 2003 and that you were scheduled to be seen again September 16, 2003. Dr. Garner stated that your psychiatric complaints were not your primary issue and that you were reluctant to treat with a psychiatrist. He also noted that your mood symptoms were clearly secondary and did not limit your functioning, however, your chronic fatigue syndrome was felt to aggravate your depressive mood swings and that your mental status examination was considered to be within normal limits. The rheumatology consultation indicated that your claim lacked medical information, which would support any impairment in your functionality and that we were without any documented laboratory or diagnostic test results. You were informed that we also lacked any sleep study testing to support your fatigue level. As stated in the above noted letter, you were advised that the medical documentation mentioned a history of Bipolar Disorder and Depression, however, we had not been provided any medical information from a Mental Nervous health care provider. It was determined based upon the documentation on file that the information did not support your inability to perform your job duties as of May 7, 2003.

On September 10, 2003 an addendum was received from the Independent Physician Consultant, Dr. Tracy Schmidt who advised that she had spoken with Jody from Dr. Garners office. Dr. Schmidt was advised that you had been seen on August 22, 2003 with the same complaints of fatigue and pain. Your physical exam was found to be normal, there was no noted muscle weakness and you had not yet been evaluated by a rheumatologist. Dr. Schmidt stated that this information did not change her previous opinion and the documentation did not support your inability to perform your own occupation.

We received a phone call on September 24, 2003 from the office of Dr. Levy the Rheumatologist to whom you were referred. We were advised that they would provide this office with a copy of office note from your evaluation performed September 16, 2003. A request was faxed to Dr. Levy for the information that was needed. In our continued review, a Nurse Consultant recommended that the reports from the Independent Physician Consultant be submitted to Dr. Garner's office for his review and comments. Therefore, this information was sent on September 30, 2003.

Forrester Exh. 1