On September 24, 2003, the information from Dr. Levy was received. The documentation noted that you had not shown for your scheduled appointment on August 12, 2003 and the office note from the evaluation performed September 16, 2003 was submitted. The records noted that you were diagnosed with Fibromyalgia, which is compounded by depression and sleep disorder. At this visit it was noted that your depression was active and it was his recommendation that you be referred for psychotherapy and psychiatric treatment. He also recommended water aerobics and it should be considered to take you off carisoprodol. If your lab work did not show any contraindications they would increase you dosage of Ibuprofen. Regarding your poor sleep, it was noted that you could benefit from Amitriptyline or Flexeril and if this did not help and your depression did not resolve that you would benefit from a referral to pain management.

Upon review of this information, the Nurse Consultant recommended that the documentation be sent back to Dr. Schmidt for her review to determine if the results of this evaluation changed her previous recommendations. This information was faxed to her office on October 1, 2003. Dr. Schmidt responded stating that this information did not change her original claim determination.

A reply was received from Dr. Garner on October 17, 2003 regarding the results of the Independent Physician Consultant review. He noted that the primary evaluation had been complicated and confusing. He stated that you had initially presented with a fever of unknown origin, however upon evaluation all testing came back negative and it was felt that you had a non-specific viral infection. Once all the laboratory work was indicative of a negative response the diagnosis of Chronic Fatigue Syndrome and Fibromyalgia was considered. He noted that Mood Disorder was also a factor and was considered to be Major Depression. Dr. Garner indicated that it was his impression that the Major Depression was considered secondary to all other diagnoses. He stated that the rheumatology evaluation was completed on September 16, 2003 at which time the diagnoses of Fibromyalgia and Major Depression was confirmed and further treatment was suggested. Dr. Garner advised that anti-inflammatories and muscle relaxers were being used and continued and that you were pursuing a sleep evaluation to rule out a sleep disorder. It was also noted that you had been referred to a psychiatrist to help distinguish if you had Bipolar Disorder or Major Depression. He stated that it was his opinion that with the appropriate evaluation and treatment that you would be able to alleviate some of your problems and eventually get back to work.

This response was again sent to Dr. Schmidt for her review and comments with a reply being received October 31, 2003. She indicated that this information did not change her original claim determination.

We received on January 19, 2004, correspondence from your attorney, Jack Shelton asking that we provide to him a copy of your claim file. He also noted that the time period for you to request an appeal would end on March 6, 2004 and asked that we allow an additional 90 days for the submission of the appeal request as this would allow him time to collect the information needed for the appeal review.

A reply was sent to Mr. Shelton on January 26, 2004 advising him that we would not consider his letter as a request for review and we requested that he submit his appeal request prior to March 6, 2004 advising that his request to wait until June 4, 2004 was denied. We indicated to him that upon receipt of the appeal request that an acknowledgement letter would be sent and that we would allow 45 days for the submission of medical information and that he would have up until April 18, 2004 to submit any additional documentation.

On February 10, 2004, further correspondence was received from Mr. Shelton. This information indicated that he was requesting an appeal on your behalf and acknowledging that he had until April 18, 2004 to submit any additional documentation.

Correspondence was sent to Mr. Shelton on February 13, 2004 advising that the formal request for review was received. Mr. Shelton replied as there was some confusion as to when he would need to supply the additional information for the appeal review. On March 4, 2004, a response was sent by this office advising that as stated previously we would allow until April 18, 2004 for the submission of additional documentation.

Forrester Exh. 1

2