On May 12, 2004, the results of the Independent Physician Consultant review completed by Dr. John Rodgers who is Board Certified in Internal Medicine and Pulmonology was received. He was requested to review the medical and vocational information on file specifically the information surrounding your sleep apnea. It was noted that upon review of the records, it is clear that you do have sleep apnea with the diagnosis being confirmed with a polysomnogram that was completed in January 2004. A teleconference was completed with Dr. Tom Bloxham who had noted that you were last seen after being placed on a CPAP in February 2004. He noted that at that time you were doing fine and did not document any further problems regarding your obstructive sleep apnea. Dr. Rodgers noted that your sleep apnea was being treated appropriately and that as of the end of February 2004 your condition was stable and you were no longer symptomatic.

On May 27, 2004, the results of the Physician File Review were received. Dr. Mark Burns who is a Rheumatologist completed this evaluation. A thorough review of the medical and vocational records was completed. It was noted that you developed a febrile illness in 2003, however, no infectious cause was found and the fever and associated mild LFT abnormalities resolved. Further evaluation continued revealing a pattern over several years of myalgias. Dr. Burns noted that you had indicated depression, sleep disorder and mood swing with a diagnosis being given of Fibromyalgia, Sleep Apnea and Major Depression. The records note that you have been treated with anti-depressants and anti-inflammatories and the physical examination information provided by Dr. Garner failed to document any objective signs of synovitis or weakness and the exam completed by Dr. Levy noted that you had osteoarthritis of your hands, which had no relevance to the current problems and that regular muscle trigger points are consistent with Fibromyalgia. A teleconference was attempted with Dr. Levy, however, it was confirmed that Dr. Levy was no longer practicing and had left the state seven months previously. A message was left for Dr. Garner, however, as of the writing of the report no callback had been received. Dr. Burns noted that it was him impression that there was no documented damage to joints, muscles, nerves or other structures which would cause permanent restrictions in your functioning. It was noted that you have self-reported difficulties with pain and fatigue as well as depression and mood swings. Upon review of the information, it is his opinion that there are no physical conditions, which would have prevented you from performing your job during the time period May 7, 2003 through the present.

A thorough review of the medical and vocational information on file has been completed. The Employer Statement indicated that your job is an Administrative Associate Senior with the duties requiring non-strenuous physical demands. Based upon the review of the file material it has been determined that there are no physical impairments which prevented you from working for the period beginning May 7, 2003 through the present. We continue to lack findings such as synovitis or weakness or any neurological dysfunction and there is no documentation of damage to joints, muscles, nerves or other structures that would cause permanent restrictions within your ability to function. No underlying inflammatory disease is noted in the records and there were no physical limitations noted which would prevent your ability to perform sedentary work. The diagnosis of sleep apnea was reviewed and based upon the information it was determined that the documentation did not support any impairment preventing you from working for the time period in question. The records also lack any indication of psychiatric treatment. The mental status examination performed on August 12, 2003 indicated that the main factor limiting your work ability were the symptoms of pain and extreme fatigue. It was Dr. Garners opinion that your psychiatric symptoms were not the primary issue. Treatment was rendered by Dr. Simmonds, however has been determined to not be of a frequency nor intensiveness for the stated severity, as you were seen only monthly for supportive therapy and maintenance and no psychiatric evaluation was performed. Dr. Simmonds states that the primary issue impacting your return to work was pain and is not related to your mood disorder. It has been determined the medical information on file does not support any impairment, which prevented you from working May 7, 2003 through the present.

Forrester Exh. 1