On April 15, 2004, additional correspondence was provided by Mr. Shelton along with a brief letter from Dr. Garner dated March 27, 2004 as well as a brief note from David Simmonds PhD. Mr. Shelton was advised that additional time would be required for the review of your claim. He was advised that our review of your claim was beginning and that a claim determination would be made no later than May 30, 2004.

The information on file was referred for review by a Nurse Consultant. It was recommended that the documentation on file be sent for review by the appropriate Independent Physician Consultants for each specific diagnosis requesting that a teleconference take place.

The Nurse Consultant responded on April 21, 2004 advising that she agreed with the recommendation. She indicated that reviews should be completed by a Rheumatologist, a Psychiatrist as well as a Pulmonologist asking that they review the medical and vocational information and comment on each condition separately to determine if the information supported the claimant's functional inability to perform her job as of May 7, 2003.

On April 22, 2004, the information was sent to schedule each individual Independent Physician Consultant review.

A phone call was received on April 27, 2004 from Dr. Lee Becker. He advised that he had attempted to complete a teleconference with Dr. Simmonds. He indicated that Dr. Simmonds would not discuss your file with him until he was provided with an authorization allowing him to do so. A copy of the authorization form was faxed to Dr. Simmonds on this date and a return call was placed to Dr. Becker advising him that this had been completed.

On May 7, 2004, the results of the Independent Physician Consultant review were received. Dr. Lee Becker, who is a Board Certified Psychiatrist, completed this evaluation. It was noted that the diagnoses on record indicate Fibromyalgia, Chronic Fatigue Syndrome and Depressive Mood Disorder. A review of the records was completed along with a teleconference with Dr. Simmonds. It was verified that you were first seen by him on September 24, 2003 being seen last on April 12, 2004. He advised that you are seen approximately once a month for supportive therapy and maintenance and that there had been no intensive cognitive behavioral intervention. Dr. Simmonds stated that you had not had any psychiatric evaluation but had been seen in his office by an ARNP who is supervised by a psychiatrist with you last being seen by her in October 2003. It was noted that you had a past history of abuse, which was felt to be the possible cause of your underlying depression. They discussed your mental status examination findings and it was stated that your mood was flat, your speech was slow and there were no thought process abnormalities nor any suicidal or homicidal ideations. There was also no noted abnormalities in cognition, memory or concentration. Your insight and judgement was noted to be fair to limited. Dr. Simmonds advised he was unsure of the medications that were currently prescribed as the last information was from December 2003. Your activities of daily living were discussed and he indicated that his records indicated that your husband was disabled and that he has significant medical illnesses for which you spend much of your time taking care of his needs. He stated that you are normally isolated and that you occasionally visit your children. He advised that you were applying for Social Security Disability and that you were not interested in returning to work. It was stated that the primary issue impacting your ability to return to work is the pain, which was not related to your mood disorder. Upon review, Dr. Becker noted that there does not appear to be any psychiatric diagnosis, which would impair you from performing your work as of May 2003. The information provided lacks detailed information documenting any depressive symptoms, manic symptoms or hypomanic symptoms consistent with Bipolar Disorder as noted by Dr. Garner or Dr. Levy. There was also no indication of intensive individual psychotherapy, which would be consistent with an acutely impairing mood disorder. Dr. Simmonds indicated that you are off work secondary to pain issues and not due to a psychiatric diagnosis.