We have reviewed all of the information, which was submitted to be considered as part of the review of the disallow decision. Furthermore, all of the medical documentation that was detailed in MetLife's denial letter of September 8, 2003 was reviewed and is incorporated herein by reference. Upon review of this information along with the results of the Independent Physician Consultant reviews, it is our determination the information does not support your inability to perform your job for the time period in question beginning May 7, 2003. We continue to lack any information noting a clear physical or mental impairment that would support your inability to perform the essential elements of your own occupation as of May 7, 2003. Therefore we have no alternative but to uphold the disallowance of your claim

This determination is the final decision on review and constitutes completion of the full and fair review required by the Plan and federal law.

Should you wish to pursue this matter further you should consult the information provided concerning your rights, as set forth in the Summary Plan Description ("SPD"). A copy of the SPD may be obtained by contacting the Human Resources or Personnel Division of the employer.

Upon request, MetLife will provide you with a copy of the documents, records, or other information we have that are relevant to your claim and identify any medical or vocational expert(s) whose advice was obtained in connection with your claim. You also have the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974.

Please be advised that under the provision of the Plan, no further administrative appeals are available concerning your disability benefits.

Yours truly,

*Cindy Wiedmer*

Cindy Wiedmer
Disability Resource Specialist
MetLife Disability

cc. Jack Shelton, Attorney