UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| Mianna C. Forrester, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) )   Case No: 04-1204JTM |
| Metropolitan Life Insurance Company; and Raytheon Company, | ) ) ) ) |
|     Defendant. | ) |

## OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR ADMISSION TO METROPOLITAN LIFE INSURANCE COMPANY

COMES NOW, Defendant Metropolitan Life Insurance Company ("MetLife") and makes the following objections to Plaintiff's First Request for Admission:

### MetLife's General Objections

MetLife makes the following general objections to each of Plaintiff's Requests for Admission:

1. MetLife objects to plaintiff's definitions and instructions to the extent they seek to impose on MetLife obligations not imposed by the Federal Rules of Civil Procedure and the District of Kansas Local Rules.

2. MetLife objects to each of plaintiff's requests for admissions for the reason that the requests are unduly burdensome and oppressive in that there are 45 requests for admissions, all of which seek information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence, because discovery in this ERISA-governed case is limited to production of the claim file, which has been produced.