ARMSTRONG TEASDALE LLP

BY: *Ann E. Buckley*
Ann E. Buckley
One Metropolitan Square, Suite 2600
St. Louis, Missouri 63102-2740
(314) 621-5070
(314) 621-5065 (facsimile)
abuckley@armstrongteasdale.com

AND

Karrie J. Clinkinbeard                    #19583
2345 Grand Boulevard, Suite 2000
Kansas City, Missouri 64108-2617
(816) 221-3420
(816) 221-0786 (facsimile)
kclinkinbeard@armstrongteasdale.com

ATTORNEYS FOR DEFENDANTS
METROPOLITAN LIFE INSURANCE
COMPANY AND RAYTHEON COMPANY

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 1st day of November, 2004, a copy of the above and foregoing was sent **via e-mail to:** Jack Shelton, 608 N. Broadway, Wichita, KS 67214, sheltonjacklaw@msn.com, attorneys for plaintiff.

*Ann E. Buckley*