UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| Mianna C. Forrester,<br><br>      Plaintiff,<br><br>vs.<br><br>Metropolitan Life Insurance Company; and<br>Raytheon Company,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  Case No: 04-1204JTM<br>)<br>)<br>)<br>)<br>) |

## ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST INTERROGATORIES TO METROPOLITAN LIFE INSURANCE COMPANY

COMES NOW, Defendant, Metropolitan Life Insurance Company ("MetLife") and forwards answers and objections to Plaintiff's First Interrogatories states:

### Objections to Plaintiff's Definitions and Instructions

MetLife objects to Plaintiff's definitions and instructions to the extent they seek to impose on MetLife obligations not imposed by the Federal Rules of Civil Procedures and the District of Kansas Local Rules.

### Answers and Objections to Plaintiff's First Interrogatories

**INTERROGATORY NO. 1.**

For each of the first 24 of your responses which were anything other than an unqualified admission, to plaintiff's Requests for Admission which were requested contemporaneously with these interrogatories, state the following:

    (a)    Each and every fact known to you that controverts the requested admission.

    (b)    The identity of every document known to you that controverts the requested admission.