UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Mianna C. Forrester,<br><br>   Plaintiff,<br><br>vs.<br><br>Metropolitan Life Insurance Company;<br>and Raytheon Company,<br><br>   Defendants. | Case No. 04-1204JTM |

## CERTIFICATE OF COMPLIANCE

  This certificate is submitted pursuant to D. Kan. Rule 37.2 to show the efforts of counsel to resolve certain discovery issues.  Early in the case, each counsel became aware of the other's position on the extent of discovery permitted.

  Defense counsel takes the view that no discovery is permissible in an ERISA case, except for the administrative record.  Plaintiff's counsel contends that although discovery is not permitted as to the merits of a claim, the procedures used by the administrator are subject to discovery, to insure that a complete record was developed and that the claimant received a full and fair hearing.

Both counsel conferred on the following occasions regarding this discovery issue:

1. On September 10, 2004, October 22, 2004, November 4, 2004, and even during the scheduling conference on September 7, 2004.

2. On November 4, 2004, plaintiff's counsel sent a letter to defense counsel with four citations of supporting authority for plaintiff's position.

Plaintiff's counsel submits that both counsel have acted in good faith and that an impasse has been reached, which needs to be resolved by this court.

Respectfully submitted,

s/Jack Shelton
Jack Shelton
KS Sup. Ct. No. 7791
Attorney for Plaintiff
608 N. Broadway
Wichita, KS 67214
Telephone: (316)265-5553
Fax: (316)265-9534
E-mail: sheltonjacklaw@msn.com